| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, NJ 08816<br>(732) 238-8777<br>(732) 238-8758 (fax)<br>RCN 6680 | **Order Filed on July 5, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Melba Macalintal | Case No.:    16-24875<br>Chapter:    13<br>Judge:    MBK |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/4/17_____ :

Property: ___27 Emerald Lane, Old Bridge_____

Creditor: ___Fay Servicing_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Robert C. Nisenson_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/4/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-24875-MBK
Melba Macalintal                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Jul 05, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db              +Melba Macalintal,    27 Emerald Lane,    Old Bridge, NJ 08857-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2014-2 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert C. Nisenson     on behalf of Debtor Melba  Macalintal rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                             TOTAL: 4